**Change of Address**

4/11/18

TO Clerk:

   My Name is John Shores R-34916
I'm Sending you this Correspondence
to let you Know that I have been
transfered to Menard Correctional
Center. So please Send all Correspon-
dences to the address on the front
of the envelope. Thank you.

                    Peace & Blessings.

**FILED**
4-17-2018 *Kb*
APR 17 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

John Shores R-34916
P.O. Box 1000
Menard IL. 62259

Correspondence From IDOC Inmate

2018 APR 17

FOREVER
USA

04/17/2018-46

Clerk of U.S. District Court
United States CourtHouse
219 S. Dearborn Street
Chicago IL. 60604